UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

COURTNEY BESECKER,                          )
                                            )
    Plaintiff,                              )
                                            )
    v.                                      )    Cause No.:  4:22-cv-00084-TWP-KMB
                                            )
COLTON McPHEETERS,                          )
ADVANCED CORRECTIONAL                       )
HEALTHCARE, INC.,                           )
USA MEDICAL & PSYCHOLOGICAL                 )
STAFFING, P.C., ROY WASHINGTON,             )
COURTNEY NICHOLS, and                       )
MARLENA BEACRAFT                            )
                                            )
    Defendants.                             )

## ORDER GRANTING DISMISSAL WITH PREJUDICE
## FOR DEFENDANT, COLTON MCPHEETERS

This matter having come before the Court upon the Stipulation for Dismissal with Prejudice as to Defendant, dkt. [56], Colton McPheeters, heretofore filed by the parties, and the Court being in all things duly advised;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause be, and hereby is, Dismissed with Prejudice as to Colton McPheeters and the claims of Plaintiff as to:  Advanced Correctional Healthcare, Inc., USA Medical & Psychological Staffing, P.C., Roy Washington, Courtney Nichols and Marlena Beacraft shall remain pending.

SO ORDERED

Date: 8/11/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via e-mail generated by the Court's ECF system.